| | |
|---|---|
| 8/7/2012 )<br>DANIEL McINTOSH )<br>　　　　Plaintiff )<br>V. )<br> )<br>LOCAL UNION 33, UNITED ROOFERS, )<br>WATERPROOFERS AND ALLIED WORKERS, )<br>et al, )<br>　　　　Defendants. ) | <u>DEMAND JURY TRIAL</u> |

## COMPLAINT

### BREACH OF CONTRACT

Plaintiff, Daniel McIntosh complains of defendant, <u>Local Union 33, United Roofers and Waterproofers and Allied Workers</u>, <u>Paul Bickford</u> Business Manager, <u>Brian Brusseau</u> President, and <u>Mike Foley</u> Business agent, of breach of membership contract, as well as the collective bargaining agreement multiple times throughout my membership with local 33 roofers union.

I am asking the Court for a <u>legal remedy.</u>   <u>Relief I am seeking $10,000,000.00</u>

1. <u>Local Union 33, United Roofers and Waterproofers and Allied Workers,</u> conduct towards me from 2007 to current, was in fact arbitrary, discriminatory in the job referral process and in bad faith, this conduct was in fact willful, deceitful and intentional. **I was bullied out of my trade** I'm accusing local 33 Roofers union of breach of contract, fraud and slander.

2. <u>Paul Bickford</u> Business manager is responsible for the following, **breach of membership contract,** as well as the collective bargaining agreement, discriminatory conduct in job referral and <u>a major fraud</u>, with intent and the knowledge of the harm, during September 2009 MBTA (not a union job). The representation was in bad faith, deceitful, and with fraudulent intentions to cause harm, and a violation of the collective agreement. Paul Bickford had a representative from the MBTA call the union hall while I was there,  Paul also had me take the call in his office

sitting at his desk, and while I was talking to a representative in Paul's office, Mike Foley came in the office and took a photograph of me sitting at Paul Beckford's desk for some reason.

3. **Mike Foley** Business agent is responsible for the following, **breach of membership contract** as well as the collective bargaining agreement, discriminatory in job referrals, and **fraud,** with the knowledge of the harm; Reliable Roofing that recommended. Fraudulent intentions, Mike Foley also told me that the union hall no longer uses a hiring hall list. In July 2009 after the situation with Reliable Roofing Brian Brusseau gave me a union shop list and told me I had to solicit my own work from the shops from now on

4. **Brian Brusseau,** President of Local 33 Roofers Union; is responsible for, breach of membership contract as well as the collective bargaining agreement. Discriminatory conduct in the job referral, slander, and **fraud,** that gave rise to such a serious breach of contract

5. Local 33 roofers union conspired and interfered with the practice of my trade and occupation, bullied me because they could, and prevented me from obtaining further employment.

6. Local 33 roofers union has violated the collective bargaining agreement and the by-law, local 33 roofers union has consistently and continually execute the terms and provision of the collective bargaining agreement with grate fraud, one of the provision in the contract, in order for a union member to maintain continued employment.

Daniel McIntosh, PRO- SE
25 GANNETT TERRACE
Sharon, Ma 02067
781-784-0569

11/4/2009                                        COMPLAINT

To whom it may concern:

My name is Daniel McIntosh and I'm writing this letter as a complaint in regards to a situation that has been on going for several years now. I'm a member of **Local Union 33, United Roofers, Waterproofers, and Allied Workers** Stoughton, Mass. I've been a member for 9 ½ years and have been out of work for the past 2 1/2 years. This action Is the result of the psychological, discriminatory behavior that I have endured from the current administration **Paul Bickford**, business manager **Brian Brusso, president** and **Mike Foley, business agent**, and has put a strain on me and my family mentally and emotionally.

All the situations that have occurred in the past and current of **harassment and false accusations**, have gone unanswered or they have not been resolved as of yet, and I don't think they will. I strongly believe this is an attempt to force me out of the union, by making it so unbearable that I'd quit. I have tried to be democratic about everything that has occurred and talk it out, however, it fall's on deaf ear's.

I'm sure that I'm not the only minority that's going through this kind of situation with the current administration at **Local Union 33, United Roofers, Waterproofers and Allied Workers**. I've invested a lot of time in Local Union 33. I'm very professional there has never been a problem with my work performance or my work ethics, I always did what I was told, I show up on time, so you ask yourself what's going on? If local 33 roofers union did not want to put me to wok or no longer wanted me in the union they just should have asked me to leave.

4   I have been through all of the training required of me by the local and this is the profession that I chose as a career. I pride myself on my honesty, and professionalism, I would never violated union rules and regulations as I see it they already have.

5   **On September 29th 2009**, I went to the hall, local 33roofers union, as I have done so many times in the past, to see if any work has come up. It was a little after 9 am, Paul Bickford, Mike Foley and Eddy Ralph, the apprentice coordinator, were sitting in the cafeteria. I said good morning, every one replied back, I then sat down and Paul Bickford stated to me that he had a job for me on a crew from local 33 roofers union over at the M.B.T.A and that I would be on that crew. I said ok then Paul Bickford stated to me first you have to speak to the woman that deals with the union and she should be calling him back shortly and that I needed to fax a copy of my high school transcript to her.

6   He told me he knew her pretty well and she calls the hall all the time when the MBTA is looking for workers. A short time later, she called him back while I was still there Paul Bickford had me speak to her on the phone in his office. Her name was Vanessa from the diverse and civil rights Dept. She didn't ask for my high school transcripts as of yet however she did ask me to fax a copy of my resume and to call her back the week of the 5th of October, after I got off the phone, **Paul Bickford** stated to me that it would be a good job for me for the moment and how they had two temporary positions open on the crew that's already there from local 33. I left the hall and went home and faxed Vanessa the information she requested.

7   On October 6th, I stopped in the union hall to talk to Paul, again he stated to me that there were two temporary positions open on the crew at the MBTA and he recommended me for the position. He also was telling me it would be great to be over there and after two years it would be permanent position.

8. On October 9th, 2009, I called Vanessa with no answer, so I left her a message to call me. On October 13th, I called Vanessa again with no response, I left a message. On October 20th, called again, no response, I left a message. After all of the phone calls and messages that I had left, Vanessa had not returned any of them. At that time I began to believe that his whole thing was another wild goose chase.

9. On October 21st, I went to the union hall and spoke to Paul Bickford, I expressed to him that I called Vanessa as she requested and left messages, I faxed my resume as she requested, she didn't ask for my high school transcripts as of yet which I had with me and let him view them himself. He stated to me that the program should be starting soon.

10. On October 23rd, Vanessa called me back, and stated to me that there was no job for me and all I have on my resume is roofing stuff. She does not understand why Paul Bickford had her call the hall to talk to me on the 29th of September, she does deal with that kind of stuff and whatever problem that I have going on with local 33, I need to talk to them about it. She also stated to me that I should be receiving a call from Donna Scott of human resources and she was going to tell me the same thing about the positions at the MBTA and local 33.

11. Shortly after we finished the phone call Donna Scott called me. I told her about the situation about the positions through local 33 and my conversation with Vanessa and she stated "I am the one that handles all of the positions with the local unions and that she's never heard of me. She said that she would be the one that speaks to Paul Bickford and she doesn't understand why he had Vanessa call the hall to talk to me. Donna Scott also stated that there was a federally funded program that started last year. In addition to the crew from local 33 that's already there, she had requested two people last year. She also stated she spoke to Paul Bickford during the week beginning the 19th of October and she

12. states "the two names that you submitted to me are the two you are recommending for the position" she said Paul Bickford said "yes, those are the names I'm submitting." Then Donna asked him, "well if that's the case, then who's Daniel McIntosh?" Paul Bickford replied that he was just a guy looking for a job with the MBTA.

13. Donna Scott then said to Paul, well Mr. McIntosh left me a message that he was recommended by you for one of the positions that were available. Paul Bickford stated he's going with the two names that he submitted a year ago, Dan McIntosh misunderstood.

14. This is just one of many problems I have encounter with seeking work through the hall and the current administration. I have been in touch with the international president of United Roofers, Waterproofers and Allied workers about this local and their unethical treatment of me. I do not feel I am being represented as a member in good standing, of which I am. Even though they have kept me out of work, I have faithfully paid my dues to remain a member in good standing. Over the past 2 ½ years I have been in constant contact with the hall either in person or by phone, only to be told "there is no work".

15. Although I do believe there is something going on, I do respect everyone in the office and maintain a professional attitude when I go to the hall seeking work. It is my livelihood and they are denying me that right, by denying me work. I believe this action of denying me work and the constant lying to me and sending me on wild goose chases is a discriminatory behavior and a violation of my civil rights.

complaint

17. On Friday, June 12, 2009, I went to the union hall, as I have done so many times in the past, which I am a member of, Local 33, Roofer's Union, to inquire about work. I spoke to Mike Foley, the business agent and he stated to me that companies were not hiring at the moment and I stated to him that I have been out of work for a year and that it was ridiculous that I have been out of work so long, Mike Foley stated to me that there was a new rule imposed that the union sends out a list of guys that are laid off to the companies, and the companies pick the guys they want, to me that is not a fair concept in distributing the work equitably.

18. On Monday June 15, 2009, Mike Foley called Sunday and left a message stating that I should get in contact with him stating he had a job lined up for me, before I could return the call on June 15th Mike Foley called back, he stated a company, Reliable Roofing, is looking for some guys, and I said OK can you give me the address, Mike Foley stated to me I can meet him at a picket line and we can drive over to the job site.

19. Sunday June 28th, 2009 Mike Foley calls and said to me that guys would be working, over at the job for Reliable Roofing Monday morning, I stated to him that it was going to be raining, he replied, it doesn't matter Reliable Roofing is going to work four guys and you were on e of the guys that were picked to work. I asked Mike Foley was he sure, he said yes.

20. Monday June 29th, 2009 I'm driving to work at 5:30am on the highway to the work site, it's raining, I was in heavy traffic so I decided to call the foreman to inform him I may be late, he stated there wasn't any work today, right then and there, I knew the harassment was going to start just like all the other times before. I get off the highway and drive to the union hall. I get there and go inside, Eddie Ralph, apprenticeship coordinator was in his office, Paul Bickford, business manager, was also there and Eileen

the receptionist was sitting at the front desk. Mike Foley comes out of the cafeteria with a little grin on his face and I state to him, Mike no one is working today! He stated to me, you drove all the way out there, huh, (I did not reply), no one's working today because it's raining, I replied back to him that when we spoke on the phone Sunday I told you it was going to be raining and you said they were going to be working us, anyway.

21. Tuesday June 30th 2009 the first day at the job, three other Local 33 roofers were on the roof, I assumed they are a part of the crew so I introduced myself, there was no foreman on the job at that time, so we all decided to start work, pushing the water into the drain clearing the work area, so that we may pull the rubber back to see what had to be done to complete the job. At that point there was still no foreman on the job around 7:30am. While I was working a guy came on the roof, he didn't speak to me or introduce himself, he was talking to the other guys and I was working, I assumed he was a roofer. So I commenced on working as I bent over to position some tapered edge in order that it may be installed with Alibond. Someone came over and clapped their hands violently in my face, barely grazing my face, it felt like, so I sprung up to see who it was and it was the unidentified guy who came on the roof.

22. I stated to him, what is the problem, who are you, he replied, do you know what the fuck you're doing, do you know what the fuck Alibond is, I replied by saying, excuse me, why are you talking to me like this, you don't know me, he then replied back, I know everything about you and if you don't like the fucking way I'm talking to you, you can get the fuck off the roof. I stated to this young man he did not know me and if he is a roofer there is a code of conduct. I asked him again who is he, he failed to reply. I stated that I was a journeyman roofer, Local 33, and that he is to respect me and I will respect him in return. He then replied again, if you don't like the fucking way I am fucking talking to you then get the fuck off the roof, then he handed me a phone. I put the phone to my ear and said hello, it was Brian Brusso, the president of Local 33 roofer's union, he was on the phone the whole time this guy was verbally attacking

me. Brian Brusso asked me what's the problem, I explained to him this guy came on the roof, interrupted my work and verbally abused me and I didn't know who he was because he didn't say anything to anyone else. Brian Brusso asked me, did he tell you his name, or who he was or where he was from. I replied, no, he did not. Brian Brusso stated to me if you wanted to continue working because the guy was the owner's brother. I stated back to Brian what does that mean and that I have to take his abuse in order to hold the job when he didn't identify himself and Brian Brusso stated, it doesn't matter, he's still the owners brother, I stated back to Brian Brusso, that his brother had nothing to do with it, this is malicious with intent to make me look bad and to create the illusion that I don't get along, and I will be down to the office to talk to you about this tomorrow.

23. Wednesday, July 1st, I went to the union hall office early that morning to speak to Brian Brusso about the incident that occurred the day before with the owner's brother of Reliable Roofing. When I entered his office I stated to Brian Brusso that someone was screwing with me and for what? I also stated to Brian that I have been in his office so many times before where foremen have tried to start fights with me on the roof and why. After talking to Brian Brusso and Mike Foley for a short while, Brian Brusso stated that they are not going to find work for me and that they've done what they could, they gave me a book and a list, and said from now on I have to solicit my own work. And when I call the other shops looking for work they will say that I'm slow, I had asked Brian Brusso on a number of occasions where incidents have taken place, to call a meeting with the executive board or the union officials in the office, and he consistently declined to do so.

24. This incident is one of many that have occurred in my dealings with Local 33 in obtaining employment since 2006, where a foreman or supervisor has approached me and harassed me for no apparent reason. It is my belief I am being single out because of my police record, education and race. This harassment happens when I am working and I am the only minority on the job. Any other job I have

worked on where there are other minorities, there have not been any problems. I strongly believe that it is Brian Brusso, Mike Foley and Paul Bickford that are disabling me from excelling in my profession, work enough hours to support my family or become vested in the retirement fund. I have been with Local 33 for nine years to date and have earned below the poverty level each year. There are other s who are member of the union who have been laid off for a short period only to be rehired by the same company, so I find it hard to believe there isn't any work to be had for me. I was told many times by Brian Brusso and Mike Foley that my name is at the "top" of the list, yet I have not been called to work for a year. It is also my strong belief that whenever a foreman suspects you of being a thief, crack head, slow retard, wife stealer, gay, pervert, unprofessional or unable to get along with others, this information has to come from a union official, which in my case, are all just accusations and untrue. These are some of the names I have heard about me and said to me directly. Mike Foley also made a statement that someone was out to get me and fuck up my life.

25 Febuary2006 Greenwood Industries, job, U-Mass in Amherst, someone tampered with my water and when I drank It I got very sick. I then went immediately to the union hall spoke to Brian Brusso about the situation, he stated to me that he would look into it and get back to me. Brian Brusso never got back to me. The foreman name was Jay.

26 April 2006 Greenwood Industries, Arlington West Elementary, the hours on my pay check were incorrect. John Hughes was the foreman.

Greenwood Industries, High school, my truck was vandalized, the foremans' attitude changed towards me for some reason, called me names like retard, thief, crack head, he even tried to pick a fight with me at one point. My check was short 8hr every week. When I went to Brian Brusso about this situation he

complaint

at one point. My check was short 8hr every week. When I went to Brian Brusso about this situation he stated to me "what we use to do in the old days, when work is over and everyone is on the ground hit him in the head with a hammer"

27. July 2007 Delta Tyler Waterproofing the owner tried to pick a fight with me calling me names and kicked me off the job.

28. August 2008 K. P. R. INC. I was called names like crack head, retard, and my paycheck were never sent out to the site with everyone else's.

29. I have never experience discrimination such as this, and I also strongly believe that my loyalty and patience have ran out, and whether or not I have or had in past a learning disability does not give the union the right to influence and /or spread nasty rumors throughout all the union shops to insure that I will not be hired. The relief I am seeking is compensatory damages and punitive damages in the amount of $10,000,000.00 and whatever the court deems necessary. I am suing for pain and suffering, duress, unnecessary hardship, slander, obtaining my personal information fraudulently, discrimination,            The local 33 Roofers union administration Paul Bickford, Brien Brusso, and Mike Foley, have a duty to their members and for them to treat me in the fashion in which they did, local 33 administrations breached that duty and they need to be held accountable. They are not above the law.

June 30th 2011

Daniel McIntosh
25 Gannett Terrace
Sharon mass 02067

Signed under the pains and penalties of perjury.