UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCINTOSH, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL UNION 33, UNITED ROOFERS, WATERPROOFERS AND ALLIED WORKERS, et al. <br><br> Defendants. | Civil Action No. 12-11815-NMG |

REPORT AND RECOMMENDATION
[Docket Nos. 8, 9, 12, 14, 16]

July 22, 2013

Boal, M.J.

Pro se plaintiff Daniel McIntosh ("McIntosh" or "Plaintiff") alleges that the Local Union 33, United Roofers, Waterproofers and Allied Workers (the "Union") and Paul Bickford, Brian Brousseau and Mike Foley (collectively, the "Defendants") breached the duty of fair representation they owed him under the National Labor Relations Act. He asserts, in essence, that the Union did not make a good faith effort to find him work and bullied him over the course of his membership. Before the Court are McIntosh's motions to remand the case to state court, objecting to removal, to amend the Complaint, and entering judgment in his favor. Docket Nos. 8, 9, 14, 16. The Defendants have moved to dismiss the Complaint. Docket No. 12.[1] For the

---

[1] The District Court referred the pending motions to the undersigned for a report a recommendation on December 17, 2012. Docket No. 18.

*after consideration of plaintiff's objections thereto (entitled "Plaintiff Answer to Recommendation" (Docket No. 23)), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 9/16/13*